**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 01-6896**

—————

CALVIN ROBINSON-BEY,

Petitioner - Appellant,

versus

THOMAS R. CORCORAN, Warden,

Respondent - Appellee.

—————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-00-3452-L)

—————

Submitted: October 19, 2001          Decided: October 31, 2001

—————

Before WILKINS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Calvin Robinson-Bey, Appellant Pro Se. Alan Douglas Eason, Assistant Attorney General, Baltimore, Maryland, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Calvin Robinson-Bey appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. Robinson-Bey v. Corcoran, No. CA-00-3452-L (D. Md. Apr. 12, 2001; filed April 27, 2001, entered April 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2